UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re

COUDERT BROTHERS LLP,
                Debtor.
-----------------------------------------------------------X
DEVELOPMENT SPECIALISTS, INC., in its
Capacity as Plan Administrator for Coudert
Brothers LLP,
                Plaintiff,                            17 CIVIL 3619 (KMK)

        -against-                                           **JUDGMENT**

JAMES B. VARANESE,
                Defendant .
-----------------------------------------------------------X

    It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 9, 2020, Judge Drain's Proposed Findings, dated October 21, 2016, are ADOPTED in their entirety. The Plan Administrator's Motion to confirm the Varanese Award is granted in the amount of US $7,356.52, plus interest thereon from September 30, 2015, in the amount of $3,165.32; and default judgment is entered with respect to the fraudulent transfer claim in the amount of US $8,399.87, together with interest thereon at the federal rate from September 20, 2008 to the date of judgment, in the amount of $8,939.30.

**Dated:**  New York, New York
           July 15, 2020

                                                                   **RUBY J. KRAJICK**
                                                                        Clerk of Court
                                                    **BY:**
                                                                         **Deputy Clerk**