UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
White Plains Division

| | | |
|---|---|---|
| In Re: | ) | Case No. 1:06-bk-12226 |
| | ) | |
| Coudert Brothers, LLP | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| DEVELOPMENT SPECIALISTS, INC., in its Capacity as Plan Administrator for Coudert Brothers LLP | ) ) ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-CIVIL-3619 (KMK) |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES B. VARANESE | ) | |
| Defendant. | ) | |

**NOTICE OF ASSIGNMENT OF JUDGMENT**

TO:   THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

DEVELOPMENT SPECIALISTS, INC., in its capacity as Plan Administrator for Coudert Brothers, LLP, ("Assignor") has sold and assigned certain assets, including the Judgment entered in the instant action, to SMITHSON CAPITAL MANAGEMENT, LLC, ("Assignee") according to the terms of the assignment, executed and attached hereto (the "Assignment"). The address of the Assignee is 7278 Clunie Place #14603 Delray Beach, Florida 33446.

Pursuant to the Assignment, Plan Administrator/Judgment Creditor has sold, transferred, assigned and conveyed all right, title and interest in and to the Judgment entered by this Court on July 15, 2020 (ECF 19, the "Judgment") as to the Judgment Debtor James B. Varanese and any and all other rights Plan Administrator/Judgment Creditor might have to said Judgment to Assignee SMITHSON CAPITAL MANAGEMENT, LLC, which is entitled to all payments thereon.

Dated: Scarsdale, New York
       April 26, 2024

*/s/ Zachary Mazur*
Zachary E. Mazur, Esq.
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
zachary@saracheklawfirm.com  (646) 519-4396
*Attorney to Smithson Capital Management LLC,*
*Judgment Assignee*