RE: **Development Specialists Inc. solely in its capacity as Plan Administrator for Coudert Brothers, LLP**

To Whom It May Concern:

The undersigned was appointed Plan Administrator on or around May 9, 2009 for Coudert Brothers, LLP by the United States Bankruptcy Court for the Southern District of New York case of Coudert Brothers, LLP case #:**06-bk-12226,** and vested with the power and duty to administer the assets of Debtor's Estate. On March 3, 2023, **Development Specialists Inc., in its capacity as Plan Administrator for Coudert Brothers, LLP** sold certain assets listed on Exhibit A annexed hereto to SMITHSON CAPITAL MANAGEMENT LLC. The Plan Administrator **in its capacity as Plan Administrator for Coudert Brothers, LLP** administered its assets and can represent that unclaimed property rights of the Debtors were not previously sold. Accordingly, the assets sold to SMITHSON CAPITAL MANAGEMENT, LLC include all rights to unclaimed property

Thank you in advance for your assistance and cooperation with SMITHSON CAPITAL MANAGEMENT, LLC.

Signed this 25th day of July 2023

**Development Specialists Inc., in its capacity as Plan Administrator for Coudert Brothers, LLP**

*[signature]*

Name: Yale Bogen
Its: Plan Administrator
Address: c/o Development Specialists, Inc.,
122 E. 42nd Street, Suite 434 New York, NY 10168
Telephone (212) 425-4141

State of FL   County of Broward

Sworn and subscribed before me this 25 day of July  2023

*[signature]*

NOTARY PUBLIC
MY COMMISSION EXPIRES

STACEY MARIE COOPER
Notary Public - State of Florida
Commission # HH 292322
My Comm. Expires Nov 16, 2026
Bonded through National Notary Assn.

3

# LIMITED POWER OF ATTORNEY

**BE IT ACKNOWLEDGED that Development Specialists Inc. solely in its capacity as Plan Administrator for Coudert Brothers, LLP Case # 1:06-bk-12226,** does hereby grant a limited and specific power of attorney to Fred Smithson of **SMITHSON CAPITAL MANAGEMENT, LLC 7278 Clunie Place #14603 Delray Beach FL 33446**, as their attorney in fact.

**Said attorney-in-fact shall have the full power and authority to undertake and perform only the following acts on their behalf:**

Execute any and all documents in furtherance of the collection of all state sales tax, workers compensation insurance, and any other refund, including unclaimed funds that are under the control of state unclaimed funds, officers due now or in the future and deposit these funds in the bank accounts of SMITHSON CAPITAL MANAGEMENT, LLC and execute any and all documents in furtherance of the collection of default judgments against (1) William A. Sullivan, (2) Rupert X. Li, and (3) James B. Varanese and deposit these funds in the bank accounts of SMITHSON CAPITAL MANAGEMENT, LLC. (Appendix A).

The authority herein shall include such incidental acts as are reasonably required to carry out and perform the specific authorities granted herein.

The attorney-in-fact agrees to accept this appointment subject to its terms and agrees to act and perform in said capacity.

This power of attorney is effective upon execution and is governed by the laws of the State of New York.

Signed this 25th day of July 2023

**Development Specialists Inc., in its capacity as Plan Administrator for Coudert Brothers, LLP**

*/s/ Yale Bogen/*

Name: **Yale Bogen**
Its: Plan Administrator
Address: c/o Development Specialists, Inc.,
122 E. 42nd Street, Suite 434 New York, NY 10168
Telephone (212) 425-4141

State of __FL__   County of __Broward__

Sworn and subscribed before me this __25__ day of July 2023.

NOTARY PUBLIC
MY COMMISSION EXPIRES

STACEY MARIE COOPER
Notary Public - State of Florida
Commission # HH 292322
My Comm. Expires Nov 16, 2026
Bonded through National Notary Assn.

1

2

## **EXHIBIT A**

1. All state sales tax, workers comp. insurance, and other refunds, due now or in the future.

2. Judgments Attached Hereto

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re

COUDERT BROTHERS LLP,
                 Debtor.
-----------------------------------------------------------X
DEVELOPMENT SPECIALISTS, INC., in its
Capacity as Plan Administrator for Coudert
Brothers LLP,

                 Plaintiff,                                 17 **CIVIL** 3619 (KMK)

       -against-                                              **JUDGMENT**

JAMES B. VARANESE,
                 Defendant.
-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 9, 2020, Judge Drain's Proposed Findings, dated October 21, 2016, are ADOPTED in their entirety. The Plan Administrator's Motion to confirm the Varanese Award is granted in the amount of US $7,356.52, plus interest thereon from September 30, 2015, in the amount of $3,165.32; and default judgment is entered with respect to the fraudulent transfer claim in the amount of US $8,399.87, together with interest thereon at the federal rate from September 20, 2008 to the date of judgment, in the amount of $8,939.30.

**Dated:** New York, New York
       July 15, 2020

                                                       **RUBY J. KRAJICK**

                                                       **Clerk of Court**
                           **BY:**
                                                       **Deputy Clerk**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In Re:

COUDERT BROTHERS LLP,

                        Debtor.

------------------------------------------------------------X
DEVELOPMENT SPECIALISTS, INC., in its
capacity as Plan Administrator for Coudert
Brothers LLP,

                        Plaintiff,

   -against-                                            16 **CIVIL** 8237 (KMK)

                                                                **JUDGMENT**

RUPERT X. LI,

                        Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 23, 2020, Judge Drain's Proposed Findings, dated October 21, 2016, are ADOPTED in their entirety. Judgment is entered for Plaintiff confirming the Li Award in the amount of $170,894.24 plus interest thereon from September 30, 2015 through the date of judgment, in the amount of $66,409.97, for a total judgment of $237,304.21; accordingly, the case is closed.

**Dated:** New York, New York
          January 23, 2020

                                                                        **RUBY J. KRAJICK**

                                                                           **Clerk of Court**

                                                          **By:** _____
                                                                            **Deputy Clerk**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re

COUDERT BROTHERS LLP,
                Debtor.
------------------------------------------------------------X
DEVELOPMENT SPECIALISTS, INC., in its
Capacity as Plan Administrator for Coudert
Brothers LLP,

                Plaintiff,

       -v-

WILLIAM A. SULLIVAN,
                Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2020

16 **CIVIL** 8248 (KMK)

**JUDGMENT**

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 4, 2020, Judge Drain's Proposed Findings, dated October 21, 2016, are ADOPTED in their entirety. The Plan Administrator's motion to confirm the Sullivan Award in the amount of US $110,564.92, with interest from September 30, 2015, in the amount of $45,773.88 is granted, and the to dismiss the fraudulent transfer claim against William A. Sullivan with prejudice is also granted.

**Dated:** New York, New York
       May 5, 2020

                                                **RUBY J. KRAJICK**
                                                 **Clerk of Court**
**BY:**
                                                 **Deputy Clerk**